JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM CARMICHAEL,<br>Plaintiff,<br>v.<br>NEW AMERICAN FUNDING, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC, AND DOES 1-10 inclusive,<br>Defendants. | Case No. 2:24-cv-09339-AB-JPR<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Before the Court is the Motion for Summary Judgment ("Motion") (Dkt. No. 35) filed by Defendant New American Funding, LLC ("NAF"). Plaintiff Adam Carmichael ("Plaintiff") filed an opposition and NAF filed a reply.

After full consideration of the evidence, and the written submissions by the parties, the court finds that there are no triable issues of material fact and therefore **GRANTS** NAF's Motion for Summary Judgment, in its entirety.

///

///

///

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that final Judgment is hereby entered in favor of Defendant New American Funding, LLC, and against Plaintiff Adam Carmichael.

Dated: September 15, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE